[No. 28355-3-I.   Division One.   July 27, 1992.]

TRUCK CENTER CORPORATION, *Appellant*, v. GENERAL MOTORS CORPORATION, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 87-2-16149-8, Terrence A. Carroll, J., entered April 2, 1991. *Affirmed* by unpublished opinion per Agid, J., concurred in by Webster, A.C.J., and Pekelis, J. Now published at 67 Wn. App. 539.

[No. 27290-0-I.   Division One.   July 27, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. RAMIRO PALOMIN MUNOZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-04971-6, Michael J. Fox, J., entered November 15, 1990. *Affirmed* by unpublished opinion per Baker, J., concurred in by Scholfield and Pekelis, JJ. Now published at 67 Wn. App. 533.

[No. 26929-1-I.   Division One.   July 27, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. GUMERCINDO CALDERA, *Defendant*, EVARISTO BELTRAN-NIEBLAS, *Appellant*.

Appeal from judgments of the Superior Court for King County, No. 90-1-02641-4, Norma Smith Huggins, J., entered September 7, 1990, and February 14, 1991. *Affirmed* by unpublished opinion per Baker, J., concurred in by Webster, A.C.J., and Agid, J.